01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: _Jennifer Pukhovich_                    )   Chapter 7
                                               )   Bankruptcy Case No.
                                               )
                                               )
            Debtor(s)                          )

DECLARATION REGARDING  ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS

DECLARATION OF PETITIONER(S)

A.      [To be completed in all  cases]

        I (We), _Jennifer Pukhovich_ and _____the undersigned
debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that
(1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have
reviewed  the petition. statements, schedules, and other  documents being filed with the petition;
and (3) the  document s are true and correct.

B.      [To be checked and applicable only if the petition is for a corporation or other limited
        liability entity.]

☐  I, _____, the undersigned, further declare under penalty of
        perjury that I have been authorized to file this petition on behalf of the debtor.

_Jennifer Pukhovich_____          _____
Printed or Typed Name of Debtor or Representative    Printed or Typed Name of Joint Debtor

X_____                             _____
Signature of Debtor or Representative                Signature of Joint Debtor

_____2/10/14_____                          _____
Date                                                 Date